**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 20-7652

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DEMETRIUS ALVIN BANKS,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, Chief District Judge. (1:12-cr-00193-TDS-1; 1:16-cr-00061-TDS-1)

Submitted: March 24, 2021                    Decided: March 29, 2021

Before WYNN, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Demetrius Alvin Banks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrius Alvin Banks appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release.  Upon review, we discern no abuse of discretion in the district court's determination that, under the pertinent 18 U.S.C. § 3553(a) sentencing factors, compassionate release was not warranted.  *See United States v. Jones*, 980 F.3d 1098, 1107-08, 1112 (6th Cir. 2020) (providing standard of review and outlining steps for evaluating compassionate release motions).  Accordingly, we affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*